IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TUAN SAMAHON,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant. | CIVIL ACTION<br>NO. 13-6462 |

### ORDER

**AND NOW**, this 27th day of February 2015, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 22), Plaintiff's Motion for Summary Judgment (Doc. No. 24), Defendant's Response in Opposition to Plaintiff's Cross-Motion for Summary Judgment and Reply in Support of its Motion for Summary Judgment (Doc No. 25), Plaintiff's Reply to Response to Motion for Summary Judgment (Doc. No. 28), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (Doc. No. 22) is **GRANTED** on Counts One, Two, and Three of the Amended Complaint (Doc. No. 16).

2. Plaintiff's Motion for Summary Judgment (Doc. No. 24) is **DENIED** on Counts One, Two, and Three of the Amended Complaint (Doc. No. 16.)

3. The Court will reserve judgment on Plaintiff's and Defendant's Motions for Summary Judgment on Count Four of the Amended Complaint (Doc. No. 16), pending the results of an <u>in camera</u> inspection of the Elwood Memorandum.

4. The Defendant is **ORDERED** to file the Elwood Memorandum **UNDER SEAL** for an <u>in camera</u> inspection within twenty days of the date of this Order.

                                                  BY THE COURT:

                                                  <u>/s/ Joel H. Slomsky</u>
                                                  JOEL H. SLOMSKY, J.